PROB 35A

**ORDER TERMINATING TERM OF PROBATION
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:02CR00352-01** |
| ) | |
| **Marion GEORGES** ) | |
| ) | |

On February 24, 2006, the above-named was placed on Probation for a period of 5 years. On May 3, 2007, this office was notified by the United States Probation Office in the Middle District of Florida that Marion Georges was confirmed dead by the State of Florida Office of Vital Statistics on December 6, 2006 (copy of the notification is on file). It is accordingly recommended that this case be closed.

Respectfully submitted,

/s/ Richard A. Ertola

**RICHARD A. ERTOLA
Supervising United States Probation Officer**

Dated:   May 3, 2007
         Roseville, California
         rae:cd

**Re:    Marion GEORGES**
       **Docket Number:   2:02CR00352-01**
       **ORDER TERMINATING TERM OF PROBATION**
       **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

### ORDER OF COURT

It is ordered that the proceedings in this case be terminated and the case closed.

Dated:  May 4, 2007

```
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```

cc:    United States Attorney's Office
       FLU Unit - AUSA's Office
       Fiscal Clerk, Clerk's Office
       Restitution Accounts - Victims